**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
6605 S. Redwood Rd., Suite 101
Salt Lake City, Utah 84123
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE CENTRAL DISTRICT OF UTAH**

| | |
|---|---|
| LINDA SUDA, | **NOTICE OF SETTLEMENT** |
| Plaintiff, | |
| vs. | Case No. 2:18-CV-933-PMW |
| BRE/LQ PROPERTIES L.L.C., A Delaware Limited Liability Company, CPLG PROPERTIES L.L.C., A Delaware Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X. | Magistrate Paul M. Warner |
| Defendants. | |

   Plaintiff Linda Suda, by and through her undersigned counsel, hereby gives notice that the parties in this matter have reached a settlement and are in the process of finalizing settlement documents, which should be accomplished shortly. Once settlement is complete, Plaintiff will file a notice of voluntary dismissal with the Court.

1

DATED this 14th day of February, 2019.

                                                                FORD & CRANE PLLC

                                                                /s/ Matthew B. Crane
                                                                Matthew B. Crane (UTB# 13909)
                                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 14th day of February, 2019, I caused a true and correct copy of the foregoing NOTICE OF SETTLEMENT to be filed with the Court electronically via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane